**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Michael Jason STEVICK, Petitioner**

No. 107 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**